**Avera CUNNINGHAM, Plaintiff-Appellant,**

**v.**

**CITY OF KANSAS City, Missouri, Defendant-Appellee.**

**No. 16-1614**

United States Court of Appeals, Eighth Circuit.

Submitted: December 29, 2016

Filed: January 4, 2017

Avera Cunningham, Kansas City, MO, pro se.

Tara M. Kelly, Asst. City Atty., Kansas City, MO, for appellee.

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Avera Cunningham appeals after the District Court[1] granted summary judg-

1. The Honorable Roseann A. Ketchmark, United States District Court for the Western

ment to defendants in her action alleging employment discrimination under Title I and Title V of the Americans with Disabilities Act and Title I of the Civil Rights Act of 1991. After de novo review, we find no error in the District Court's decision. See Murchison v. Rogers, 779 F.3d 882, 886–87 (8th Cir. 2015) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.